UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:16-cv-10897-LTS

ILIR LECAJ
*Plaintiff,*

v.

J.C. CHRISTENSEN AND ASSOCIATES, INC.
*Defendants*

## CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

    In accordance with the Court's Order (Docket No. 12) entered on October 7, 2016, allowing Defendant's Motion to Dismiss Complaint, this case is hereby dismissed and closed.

SO ORDERED.

                                                /s/ Leo T. Sorokin
                                                UNITED STATES DISTRICT COURT

October 11, 2016